UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JULIE E. SCHNEIDER and MICHAEL
SCHNEIDER, her husband,

      Plaintiffs,

vs.                                                Case No.  3:05-cv-1298-J-MCR

THE HERTZ CORPORATION, a foreign
corporation, and ADRIEL BRAZ RIBEIRO, an
individual, and MIQUEIAS RIBEIRO, an
individual,

      Defendants.
_____
THE HERTZ CORPORATION, a foreign
corporation,

      Cross-Claim Petitioner,

vs.

ADRIEL BRAZ RIBEIRO, an individual and
MIQUEIAS RIBEIRO, an individual,

      Cross-Claim Respondents.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Hertz Corporation's Motion for Judgment on the Pleadings (Doc. 42) filed April 12, 2007.  On July 31, 2007, Hertz filed an Amended Motion for Judgment on the Pleadings (Doc. 61) and as such, the Court will deny as moot the original Motion.  Defendants and Cross-Claim Respondents, Adriel Braz

Ribeiro and Miqueias Ribeiro, shall file a written response to the Amended Motion no later than **August 20, 2007**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  1st  day of August, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record